

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00103-CV

**IN RE Athena RASMUSSON and Michael BASELUOS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice
           Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On February 10, 2010, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 343342, *styled George Sarran vs. Athena Rasmusson*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding. However, the order complained of was signed by the Honorable Irene Rios, presiding judge of the County Court at Law No. 10, Bexar County, Texas.